FILED
CLERK

10/26/2021 2:31 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEVEN E. BURTON-WHITMORE,

                Plaintiff,

    -against-

C.O. CHRISTIAN GROVER, C.O JAMES RILEY,
SGT. JOSEPH NOAL, NURSE JEANINE
SALVAGGIO, JANE DOE #2,

                Defendants.
------------------------------------------------------------X

**ORDER**
21-CV-0689 (GRB)(JMW)

**WICKS,** Magistrate Judge:

    "[W]hen a party, even a *pro se* litigant, changes addresses, it is that party's obligation to notify the Court of the new address." E.D.N.Y. Local Civ. R. 1.3(d); *English v. Azcazubi*, No. 13-CV-5074 (RRM)(LB), 2015 WL 1298654, at *2 (E.D.N.Y. Mar. 20, 2015) (internal citations omitted); *see also Thornton v. Moroney*, No. 13-CV-8912 (ER) 2014 WL 2805236, at *2 (S.D.N.Y. June 20, 2014) (finding that *pro se* litigants have a duty to inform the Court of any change of address).

    On September 20, 2021, *pro se* Plaintiff Mr. Burton-Whitmore filed a letter with the Court, explaining his reasons for the delay in providing responses to Defendants' discovery demands. (DE 24.) In that letter, he also advised the Court that he would be released from Downstate Correctional Facility on October 25, 2021. (*Id.*) On October 26, 2021, the Court held a Status Conference in this matter which had been previously scheduled. (DE 26.) Plaintiff failed to appear. Defense counsel confirmed with the Court that Plaintiff had recently been released from prison and was now on parole, but that Plaintiff had not yet updated his contact information. (*Id.*)

1

Accordingly, Mr. Burton-Whitmore is directed, within fourteen (14) days from the date of this Order, to provide the Court, in writing, with an address and telephone number at which he can be contacted during the course of this litigation. Defense counsel is directed to mail copies of this Order to Plaintiff at his last known addresses, and to file proof of such service with the Court.

Dated: Central Islip, New York
October 26, 2021

S O  O R D E R E D:

/S/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge